# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Blue Spike, LLC, *Plaintiff*, v. Texas Instruments, Inc., et al., *Defendants*. | CASE NO. 6:12-cv-499 MHS<br>LEAD CASE<br>Jury Trial Demanded |
| Blue Spike, LLC, *Plaintiff*, v. Vercury, Inc., *Defendant*. | CASE NO. 6:12-CV-534 MHS<br>CONSOLIDATED CASE<br>Jury Trial Demanded |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF VERCURY, INC.

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss filed by Plaintiff Blue Spike, LLC and Defendant Vercury, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Vercury, Inc. be, and hereby are, dismissed without prejudice.

**ORDERED** that the counterclaims and defenses asserted herein by Defendant Vercury, Inc. against Plaintiff Blue Spike, LLC be, and hereby are, dismissed without prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and

costs.

**It is SO ORDERED.**

**SIGNED this 6th day of March, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE